In the Matter of the Arbitration between LAWRENCE MYERS et al., Respondents, and BENJAMIN LEIBEL, Appellant, et al., Defendants.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Cohn, J., dissents and votes to affirm. [See *post*, p. 1065.]

HERBERT STELZER et al., Respondents, v. STELZER BROS., INC., Appellant.— Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 1045.]

JOHN H. LIMPERT, Appellant, v. MIDCITY REALTY Co., INC., et al., Respondents.— The dispute in this case upon the pleadings relates to ownership of the stock in question. Upon that issue we think the defense pled may stand. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Van Voorhis, J., dissents in part and votes to modify the order appealed from by striking out the first defense, which alleges that plaintiff is not entitled to have the stock transferred to his name upon the books of the corporation merely for the reason that he is pledgee and not the absolute owner. (See *Kaufman* v. *Provident Sav. Bank & Trust Co., of Cincinnati*, 23 N. Y. S. 2d, 637, 645, affd. 263 App. Div. 703; *Jones* v. *Seaman*, 133 App. Div. 127, affd. 200 N. Y. 553; *Horton* v. *Morgan*, 19 N. Y. 170; *Moore* v. *Waterbury Tool Co.*, 124 Conn. 201, see Note, 116 A. L. R. 571.) Moreover, a pledgee of shares, when the pledgor is insolvent, has the standing of a shareholder for the purpose of protecting his interest. (*Mutual Life Ins. Co.* v. *Menin*, 115 F. 2d 975; certiorari denied 313 U. S. 578; *Gorman-Wright Co.* v. *Wright*, 134 F. 363, 364.)

SAMUEL BRUMAN et al., Respondents, v. JONATHAN LOGAN, INC., et al., Appellants, et al., Defendants.— Although we held the examination to be material and necessary to enable plaintiffs to prepare for trial, we are not called upon at this point to evaluate the probative force of the evidence to be disclosed in order to determine the correct measure of damages. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

SYLVIA R. WEGARD, Respondent, v. VICTOR L. WEGARD, Appellant.— Reasonable probability of success was not disclosed, in fact the action has been tried and judgment has been directed in favor of the defendant. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.